# THE ATTORNEY GENERAL
## OF TEXAS
GERALD C. MANN
AUSTIN 11, TEXAS


Honorable John C. Marburger
County Attorney
Fayette County
La Grange, Texas

Dear Sir:    Opinion No. O-5452

       Re: Is it a violation of Article 432,
         Penal Code, for a county commissioner
         to employ a person whose father is a
         first cousin of the mother of the
         county judge?

This will acknowledge receipt of your letter of recent date
requesting our opinion the above stated question.

  Article 432 of the Penal Code provides as follows:

  "No officer of this State or any officer of any district,
  county, city, precinct, school district, or other
  municipal subdivision of this State, or any officer or
  member of any State, district, county, city, school
  district or other municipal board, or judge of any court,
  created by or under authority of any general or special
  law of this State, or any member of the Legislature, shall
  appoint, or vote for, or confirm the appointment to any
  office, position, clerkship, employment or duty, of any
  person related within the second degree by affinity or
  within the third degree by consanguinity to the person
  so appointing or so voting, or to any other member of
  any such board, the Legislature, or court of which such
  person so appointing or voting may be a member, when the
  salary, fees or compensation of such appointee is to be
  paid for, directly or indirectly, out of or from public
  funds or fees of office of any kind or character what-
  soever."

Article 433 of the Penal Code sets forth names of those to
whom the inhibitions of this law apply and included therein
are members of the commissioners' court.

By the provisions of the nepotism law, members of the
commissioners' court are prohibited from appointing to any
employment any person who is related to any member on such

court within the degrees so specified therein when the
compensation for such employment is to be paid from public
funds. A county judge is a member of the commissioners'
court. Article V, Section 18, Constitution of Texas.
According to the circumstances embraced in your question,
the person desired to be employed by the county commissioner
and who we presume is to be paid from public funds, is related
to the county judge within the third degree by consanguinity,
and thus is within the inhibitions of Article 432, supra.

We, therefore, answer your question in the affirmative.

Yours very truly

ATTORNEY GENERAL OF TEXAS

s/ Fred C. Chandler

By

APPROVED JULY 26, 1943                    Fred C. Chandler
s/ Grover Sellers                              Assistant
FIRST ASSISTANT
ATTORNEY GENERAL

s/ Robert O. Koch
By          Robert O. Koch

ROK:db/cg